IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

ANTHONY D. WRIGHT,

    **Plaintiff-Appellant**,

v.                                                                                    No.    25-1402

MARK HUNT, as successor to G. RUSSELL
ROLLYSON, Deputy Commissioner of Delinquent and
Non-entered Lands, in his official capacity only,
and 21 WVC, LLC, f/k/a WV COUNTY TAX
CERT PURCHASES 2021, LLC,

    **Defendants-Appellees**.

## MOTION FOR EXTENSION OF TIME TO FILE JOINT APPENDIX

**NOW COMES** the Appellant, Anothony Wright, by counsel and moves for an extension of time to file the Joint Appendix. In support of the Motion, the Appellant states as follows:

1.    By Order entered May 6, 2025, Appellant's deadlines to file his Opening Brief and Joint Appendix were set for July 18, 2025. [ECF Doc. # 12.]

2.    Mr. Wright timely filed his Opening Brief on July 18. [ECF Doc. # 17.] However, through an oversight by counsel, the Joint Appendix was not filed.

**WHEREFORE,** Mr. Wright respectfully requests that he be granted a short extension of time to July 21, 2025, in which to file the previously prepared and agreed to Joint Appendix.

                                                                  **Plaintiff-Appellant**
                                                                  **ANTHONY D. WRIGHT,**
                                                                  **By Counsel:**

/s/ Bren J. Pomponio
Bren J. Pomponio (WVSB # 7774)
Gary M. Smith (WVSB # 12602)
MOUNTAIN STATE JUSTICE, INC.
1217 Quarrier Street
Charleston, WV 25301
Office: (304) 344-3144
Fax: (304) 344-3145
Email: bren@msjlaw.org
Email: gary@msjlaw.org
*Counsel for Plaintiff-Appellant*

## CERTIFICATE OF SERVICE

    I, Bren J. Pomponio, counsel for Plaintiff-Appellant, certify that on this 21st day of July 2025, I filed the foregoing ***MOTION FOR EXTENSION OF TIME TO FILE JOINT APPENDIX***, by filing the same with the Court's e-filing system, which will transmit electronic service to the following:

Michael B. Nusbaum, Esq.
State Capitol Complex
1900 Kanawha Boulevard E.
Building 1, Room W-100
Charleston, WV 25305
Email: michael.nusbaum@wvsao.gov
**Counsel for Defendant-Appellee Mark Hunt**


Jonathan R. O'Boyle, Esq.
THE O'BOYLE LAW FIRM
1286 West Newport Center Drive
Deerfield Beach, FL 33442
Email: joboyle@oboylelawfirm.com
**Counsel for Defendant-Appellee 21 WVC, LLC**

  */s/ Bren J. Pomponio*
Bren J. Pomponio (WVSB #7774)
Mountain State Justice, Inc.