UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1402
(2:24-cv-00474)
_____

ANTHONY D. WRIGHT

   Plaintiff - Appellant

v.

G. RUSSELL ROLLYSON, Deputy Commissioner of Delinquent and Non-entered Lands, in his official capacity only; 21 WVC, LLC, f/k/a WV County Tax Cert Purchases 2021, LLC

   Defendants - Appellees

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Joint appendix due: 07/22/2025

Opening brief due: 07/22/2025

Response brief due: 08/22/2025

Any reply brief: 21 days from service of response brief.

     For the Court--By Direction

     /s/ Nwamaka Anowi, Clerk