UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-1402
(2:24-cv-00474)

ANTHONY D. WRIGHT,

Plaintiff - Appellant,

v.

MARK HUNT, as successor to G. RUSSELL ROLLYSON, Deputy
Commissioner of Delinquent and Non-entered Lands, in his official capacity
only; 21 WVC, LLC, f/k/a WV County Tax Cert Purchases 2021, LLC,

Defendants - Appellees.

-------------------------------

NATIONAL CONSUMER LAW CENTER; MARYLAND LEGAL AID,

Amici Supporting Appellant.

O R D E R

Anthony D. Wright appeals the district court's order granting Defendants'

motions to dismiss Wright's 42 U.S.C. § 1983 complaint.  Defendant 21 WVC, LLC,

has moved to dismiss the appeal as moot because it has offered to tender the surplus

from its successful bid on the tax sale of Wright's property, less the unpaid tax and

interest. Because Wright has not accepted the offer and the offer does not grant complete relief on Wright's claims, we deny 21 WVC, LLC's motion to dismiss. The Clerk will reinstate the briefing schedule by separate order. We also deny 21 WVC, LLC's motion to deposit the surplus into the court registry and deny as moot Wright's motion to reconsider the order suspending briefing.

For the Court

/s/ Nwamaka Anowi, Clerk